[No. 9199–2–II.  Division Two.  December 16, 1986.]

FRANCES M. CROSBY, *Appellant,* v. NORTON GIBSON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 84–2–01035–1, E. Albert Morrison, J., entered March 22, 1985. *Affirmed* by unpublished opinion per Morgan, J. Pro Tem., concurred in by Alexander, J., and Pearson, J. Pro Tem.

[No. 7995–0–II.  Division Two.  December 16, 1986.]

COSKUN R. ATESER, ET AL, *Appellants,* v. L. NEIL SLATER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Jefferson County, No. 10585, Terence Hanley, J., entered July 18, 1984. *Affirmed* by unpublished opinion per Morgan, J. Pro Tem., concurred in by Alexander, J., and Pearson, J. Pro Tem.

[No. 15703–5–I.  Division One.  December 18, 1986.]

*In the Matter of the Marriage of* TERESA M. WICKSTEAD, *Appellant, and* MICHAEL WICKSTEAD, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 82–3–00620–0, Jim Bates, J., entered April 19, 1984. *Reversed* and *remanded with instructions* by unpublished opinion per Ringold, A.C.J., concurred in by Williams and Webster, JJ.